# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PLAYGROUND AI LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MIGHTY COMPUTING, INC. and SUHAIL DOSHI,<br><br>    Defendants,<br>_____<br><br>AND RELATED COUNTERCLAIMS. | Case No.  23-cv-05181-BLF<br><br>**ORDER TERMINATING PLAYGROUND AI LLC'S MOTION TO DISMISS COUNTERCLAIM AS MOOT AND VACATING HEARING ON MOTION**<br><br>[Re: ECF 32] |

Playground AI LLC's motion to dismiss Mighty Computing, Inc.'s counterclaim is TERMINATED AS MOOT in light of Mighty Computing, Inc.'s filing of an amended counterclaim.  *See* Fed. R. Civ. P. 15(a)(1)(B).  The April 25, 2024 hearing on Playground AI LLC's motion to dismiss the counterclaim is VACATED.

This order does not affect the April 25, 2024 hearing on Suhail Doshi's motion to dismiss the first amended complaint, which remains on calendar.

**IT IS SO ORDERED.**

Dated: January 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge