Brett E. Lewis (*pro hac vice*)
brett@ilawco.com
Rachel Ann Niedzwiadek (*pro hac vice*)
rachelann@ilawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323

Michael P. Eddy (SBN 189669)
meddy@patent.org
LAW OFFICE OF MICHAEL P. EDDY
12526 High Bluff Dr., Ste. 300
San Diego, CA 92130
Tel: (858) 345-1098

*Attorneys for Plaintiff Playground AI LLC and Counter-Defendant Rick Latona*

John M. Kim
jkim@ipla.com
Benjamin S. White
bwhite@ipla.com
Phillip L. Kim
pkim@ipla.com
Joseph T. Cheng
jcheng@ipla.com
IPLA, LLP
4445 Eastgate Mall, Suite 200
San Diego, CA 92121

Tony V. Pezzano (*pro hac vice*)
tpezzano@lippes.com
Scott E. Thompson (*pro hac vice*)
sthompson@lippes.com
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170

*Attorneys for Defendants Mighty Computing, Inc. and Suhail Doshi*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Playground AI LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Mighty Computing, Inc., and Suhail Doshi,**<br><br>*Defendants.*<br><br>And Related Counterclaims. | Case No. 5:23-cv-05181-BLF<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with and subject to all of the terms and conditions of the settlement agreement between Plaintiff Playground AI, LLC, Counter-Defendant Rick Latona, Defendant and Counter-Plaintiff Mighty Computing, Inc., and Defendant Suhail Doshi (collectively the "Parties"), effective June 26, 2024 (the "Settlement Agreement"), the Parties, hereby stipulate through their undersigned counsel, as follows:

1.  As to Playground AI LLC, the claims in the above-captioned case as enumerated in the First Amended Complaint (ECF 15) against Defendants Mighty Computing, Inc. and Suhail Doshi are dismissed with prejudice, as released in the Settlement Agreement and subject to all terms of the Settlement Agreement.

2.  As to Mighty Computing, Inc., the claims in the above-captioned case as enumerated in Mighty Computing, Inc.'s Answer and Counterclaims (ECF 21) against Playground AI LLC and Rick Latona are dismissed with prejudice, as released in the Settlement Agreement and subject to all terms of the Settlement Agreement.

3.  According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

4.  A copy of the Settlement Agreement will be provided to the Court upon request.

**SO STIPULATED AND AGREED TO BY:**

Dated: July 10, 2024

Respectfully submitted,

*/s/ Rachel Ann Niedzwiadek*
Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
Rachel Ann Niedzwiadek (*pro hac vice*)
rachelann@ilawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323

Michael P. Eddy (SBN 189669)
meddy@patent.org
LAW OFFICE OF MICHAEL P. EDDY
12526 High Bluff Dr., Ste. 300
San Diego, CA 92130
Tel: (858) 345-1098

*Attorneys for Plaintiff Playground AI LLC and Counter-Defendant Rick Latona*

*p.p. /s/ Tony V. Pezzano*
Tony V. Pezzano (*pro hac vice*)
tpezzano@lippes.com
Scott E. Thompson (*pro hac vice*)
sthompson@lippes.com
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170

John M. Kim
jkim@ipla.com
Benjamin S. White
bwhite@ipla.com
Phillip L. Kim
pkim@ipla.com
Joseph T. Cheng
jcheng@ipla.com
IPLA, LLP
4445 Eastgate Mall, Suite 200
San Diego, CA 92121

*Attorneys for Defendants Mighty Computing, Inc. and Suhail Doshi*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Rachel Ann Niedzwiadek, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Date: July 10, 2024

By: */s/ Rachel Ann Niedzwiadek*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

**IT IS SO ORDERED.**

This _____ day of _____, 2024.

_____
HON. BETH LABSON FREEMAN
U.S. DISTRICT JUDGE